**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DAN. D. | : | |
| v. | : | NO. 26-CV-739 |
| FRANK BISIGNANO,<br>Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 20th day of July, 2026, it is hereby ORDERED that Claimant's Request

for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.


BY THE COURT:


*/s/ Scott W. Reid*

_____

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE